November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

THERESA WASHINGTON-JARMON, Appellant

NO. 14-14-00861-CV                    V.

ONEWEST BANK, FSB, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, OneWest Bank, FSB, signed July 30, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Theresa Washington-Jarmon, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.